BEFORE THE SECOND DIVISION, FEBRUARY 25, 1942

**No. 46981.**—Protest 78019–K of Sabbagh Bros., Inc. (New York).

Opinion by Tilson, J.   It was agreed between counsel that certain items of the merchandise consist of finished handkerchiefs from which threads have been drawn and with threads introduced after weaving to finish or ornament the openwork, which openwork does not consist of one row of straight hemstitching adjoining the hem; that the handkerchiefs contain no handmade lace and are not embroidered or tamboured in part by hand; and that they are similar to those the subject of Abstract 44036.   In accordance therewith they were held dutiable at 30 percent ad valorem plus 2 cents each under paragraph 1529 (b) and T. D. 48093 as claimed.

**No. 46982.**—Protest 62620–K of Simon, Healey & Goldstein, Inc. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel that certain of the merchandise consists of nets made on a bobbinet machine and that they are in chief value of silk, not embroidered, the claim at 65 percent under paragraph 1529 and T. D. 48316 was sustained as to that item.

**No. 46983.**—Protest 996443–G of Kreusser & Schaad (New York).

Opinion by Tilson, J.   The hats in question were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (1) as claimed, in view of stipulation of counsel.